# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERGIO SALDANA DE LA CRUZ, | : | |
| **Petitioner** | : | |
| | : | **No. 1:21-cv-473** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| WARDEN OF USP ALLENWOOD, | : | |
| **Respondent** | : | |

## <u>ORDER</u>

**AND NOW**, on this 16th day of June, 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania